

**FILED**

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0056

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0056

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MONTY TERKILDSEN,

Defendant and Appellant.

**FILED**

APR 20 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Monty Terkildsen has filed a motion for extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until May 26, 2023, to file his opening brief.

DATED this 20 day of April, 2023.

For the Court,

_____
Chief Justice